Form 210A (12/09)                    **United States Bankruptcy Court**

WESTERN DISTRICT OF LA

In Re: RABALAIS; DONNA BENOIT                    Case No. 1051912
       RABALAIS; WILLIAM KEITH

**TRANSFER OF CLAIM OTHER THAN FOR SECURITY**

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.


CAPITAL ONE, N.A.                                HSBC Bank Nevada, N.A.
-----------------------------------------        -------------------------------------------
Name of Transferee                               Name of Transferor


Name and Address where notices to transferee     Court Claim # (if known): 5
should be sent:                                  Amount of Claim: $7,400.75
CAPITAL ONE, N.A.                                Date Claim Filed: 01/13/2011
PO Box 12907
Norfolk, VA 23541

Phone: (877)829-8298                             Phone: (877)829-8298
Last Four Digits of Acct # :  4858               Last Four Digits of Acct #: 4858

Name and Address where transferee payments
Should be sent (if different from above)         Transferor Information
CAPITAL ONE, N.A.                                HSBC Bank Nevada, N.A.
PO Box 12907                                     PO Box 12907
Norfolk, VA 23541                                Norfolk, VA 23541

Phone: (877)829-8298
Last Four Digits of Acct # : 4858



I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Dolores Garcia                           Date: 11/12/2012
    -------------------------------------------
    Transferee/Transferee's Agent
    PRA Receivables Management, LLC
    Email: Bankruptcy_Info@portfoliorecovery.com


*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

## LIMITED POWER OF ATTORNEY

Capital One, N.A., a national association (the "Company"), hereby authorizes PRA Receivables Management, LLC to be the Company's attorney-in-fact to execute and file proofs of claim on the Company's behalf and other such documents necessary to protect the interests of the Company in any bankruptcy proceeding regarding any loan referred by the Company to PRA Receivables Management, LLC that the Company currently owns, holds, services, sub-services or is acting trustee on behalf of another entity. Such documents shall include, without limitation: (a) Proofs of Claim and Transfers of Claim under 11 U.S.C. Sections 501-502, federal Bankruptcy Rules 3001-3003, and applicable local bankruptcy rules; and (b) Notices of Change of Address. This Limited Power of Attorney shall remain in effect until notice of revocation is provided by the Company.

IN WITNESS WHEREOF, Capital One, N.A. has caused this Limited Power of Attorney to be executed by its duly authorized representative this 4 day of May, 2012.

Capital One, N.A.

By: _____

Name: Daniel E Thiemann

Title: Department Operations Manager

STATE OF Delaware )
COUNTY OF New Castle )  ss:

On the 4 day of May in the year 2012 before me, the undersigned, a Notary Public in and for said State, personally appeared Daniel Thiemann personally known to be or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he/she executed the same in his/her capacity, and that by his/her signature on the instrument, the individual, or the person on behalf of which the individual acted, executed the instrument.

_____
Notary Public

[Notary Seal: VALERIE M. McCOY, COMMISSION EXPIRES SEPT. 26, 2013, NOTARY PUBLIC, STATE OF DELAWARE]